# UNITED STATES DISTRICT COURT FOR
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** *et al.* | |
| Plaintiffs, | Case No.: 2:23-cv-01495-JHC |
| v. | (Pending in the U.S. District Court for the Western District of Washington) |
| **AMAZON.COM, INC.,** a corporation | **MOTION TO QUASH OUT OF DISTRICT SUBPOENA** |
| Defendant. | |

## MOTION OF NON-PARTY W. FRED LOEFFEL TO QUASH OUT-OF-DISTRICT DEPOSITION SUBPOENAS

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, non-party W. Fred Loeffel ("Mr. Loeffel") by and through the undersigned counsel, respectfully moves to quash the Subpoenas to Testify at a Deposition in a Civil Action ("Subpoena for Deposition") issued on August 26, 2025 by Plaintiff, Federal Trade Commission ("FTC") and by Defendant Amazon, INC., ("Amazon") on September 4, 2025 in litigation pending in the Western District of Washington between the FTC and Amazon.[1] The subpoenas command Mr. Loeffel's appearance for a virtual deposition on October 15, 2025 at 9:00 a.m. or on an alternate agreed-upon date and time.

Mr. Loeffel retired from Geodis Logistics, LLC December 31, 2021—more than three and a half years ago—after serving as the company's Executive Vice President of Strategic

---

[1] The FTC and Amazon subpoenas are attached as Exhibits A and B to the Memorandum in Support of this motion.

Development for a number of years. As he explained to the FTC and Amazon, through counsel, during a meet and confer on September 12, 2025, and in two prior voluntary interviews conducted by the FTC, and as set out in more detail, below, Geodis did not participate in either of the two relevant product markets the FTC alleges in its case against Amazon (the online superstore market in the United States or the market for e-fulfillment and other services supporting online marketplaces in the United States) and did not view itself as competing with, or affected by, Amazon's fulfillment services. The FTC has yet to articulate a specific reason why it believes Mr. Loeffel possesses testimony that is relevant to, and probative of, its claims against Amazon and cannot be obtained from the parties themselves. Mr. Loeffel's testimony is not critical to Amazon's defenses: when counsel raised Mr. Loeffel's concerns with Amazon, it offered to withdraw its subpoena if the FTC withdrew its subpoena.

As a result, Mr. Loeffel asks this Court to quash the parties' subpoenas to avoid the burden of being deposed as a long-retired, non-party to their litigation. A Memorandum in Support of this motion is being filed contemporaneously.

Date: September 24, 2025

Respectfully submitted,

*/s/ Ben Bodzy*

Ben Bodzy
Bar No. 023517
Ben.bodzy@geodis.com
7101 Executive Center Dr.
Brentwood, TN 37027
(615) 419-6430

*Counsel for Geodis.*

# CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2025, I served a true and correct copy of the foregoing via United States Postal Service Priority Mail upon the following counsel for the subpoenaing parties in *Federal Trade Commission, et al. v. Amazon.com, Inc.*, Case No. 2:23-cv-01495-JHC (W.D.Wash.):

**Federal Trade Commission**:

**Edward H. Takashima**
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

**Chinwe Toyin Chukwuogo**
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

**Alexander Petros**
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

**Christina F Shackelford**
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

**Amanda Leigh Butler**
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

**Christine M Kennedy**
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

**Bahadur Khan**
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

**Daniel S Bradley**
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

**Brian Shiue**
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

**Daniel A Principato**
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

**Caroline Holland**
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

**Kelly M Schoolmeester**
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

**Cathleen Williams**
FEDERAL TRADE COMMISSION (DC400)
400 7TH STREET SW
WASHINGTON, DC 20024

**Kenneth H Merber**
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

Emily K Bolles
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

Eric Zepp
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

Ethan Dean Stevenson
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

Hana Verwilt
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

Jesse Aaron Vella
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

Lance McCaskey
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

Leora Tyree
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

Mark Suter
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

Mark J Woodward
FEDERAL TRADE COMMISSION (DC400)
400 7TH STREET SW
WASHINGTON, DC 20024

Megan E B Henry
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

Melissa C Hill
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

Michael Baker
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

Nathan Mendelsohn
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

Olga Musayev
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

Sara M Divett
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

Shira Alana Steinberg
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

Stephen E Antonio
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

Susan A Musser
FEDERAL TRADE COMMISSION (DC600)
600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20580

**Amazon, Inc.**

**Alexander G Peerman**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**Andrew P Lemens**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**Carl R Metz**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**Edward Charles Reddington**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**Jenny N Wheeler**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**Carol Joan Pruski**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**Heidi K Hubbard**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**John E Schmidtlein**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**Katharine Mitchell-Tombras**
COVINGTON & BURLING LLP (DC)
ONE CITY CENTER
850 TENTH STREET NW
WASHINGTON, DC 20001

**Jonathan B Pitt**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**Joseph Wood**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**Andrew David Lazerow**
COVINGTON & BURLING LLP (DC)
ONE CITY CENTER
850 TENTH STREET NW
WASHINGTON, DC 20001

**Benjamin C Block**
COVINGTON & BURLING LLP (DC)
ONE CITY CENTER
850 TENTH STREET NW
WASHINGTON, DC 20001

**Daniel Lee**
COVINGTON & BURLING LLP (DC)
ONE CITY CENTER
850 TENTH STREET NW
WASHINGTON, DC 20001

**Derek Ludwin**
COVINGTON & BURLING LLP (DC)
ONE CITY CENTER
850 TENTH STREET NW
WASHINGTON, DC 20001

**Cortlin Hall Lannin**
COVINGTON & BURLING LLP (SF)
415 MISSION STREET, STE 5400
SALESFORCE TOWER
SAN FRANCISCO, CA 94105

**Elena DiMuzio**
KAMMERUD DIMUZIO LLP
548 MARKET ST
PMB 86642
SAN FRANCISCO, CA 94104

**Katherine Trefz**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**Kevin M Hodges**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**Kimberly Broecker**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**Kosta S Stojilkovic**
WILKINSON STEKLOFF LLP (DC)
2001 M STREET NW 10TH FLOOR
WASHINGTON, DC 20036

**Kristen DeWilde**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**Lauren Willard Zehmer**
COVINGTON & BURLING LLP (DC)
ONE CITY CENTER
850 TENTH STREET NW
WASHINGTON, DC 20001

**Madison Arent**
COVINGTON & BURLING LLP (NY)
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

**Patricia A Eakes**
MORGAN LEWIS & BOCKIUS LLP (WA)
1301 SECOND AVE
STE 3000
SEATTLE, WA 98101

**Meaghan Elizabeth Newkirk**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**Nicole Chenelle**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**Patrick Bradley**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**Robert Gianchetti**
COVINGTON & BURLING LLP (NY)
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

**Thomas O Barnett**
COVINGTON & BURLING LLP (DC)
ONE CITY CENTER
850 TENTH STREET NW
WASHINGTON, DC 20001

**William M. Schmidt**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**Cole Wintheiser**
WILLIAMS & CONNOLLY (DC)
680 MAINE AVE SW
WASHINGTON, DC 20024

**Molly A Terwilliger**
MORGAN LEWIS & BOCKIUS LLP (WA)
1301 SECOND AVE
STE 3000
SEATTLE, WA 98101

Sonia Lahr-Pastor
COVINGTON & BURLING LLP (DC)
ONE CITY CENTER
850 TENTH STREET NW
WASHINGTON, DC 20001

| | |
|---|---|
| Date: September 24, 2025 | Respectfully submitted, |
| | |
| | */s/ Ben Bodzy* |
| | Ben Bodzy<br>Bar No. 023517<br>Ben.bodzy@geodis.com<br>7101 Executive Center Dr.<br>Brentwood, TN 37027<br>(615) 419-6430 |
| | *Counsel for Geodis.* |